U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Gainesville
(USAO: 2020R00506)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

2:20-CR-023

COUNTY NAME: Hall

DISTRICT COURT NO.

MAGISTRATE CASE NO.

X Indictment
DATE: June 16, 2020

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
JESSE SMALLWOOD

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?    Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No
Will the defendant require an interpreter?   Yes   X No

District Judge:

Attorney: Gregory Radics
Defense Attorney: