

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

Jesse Smallwood

**Agent to Arrest**

Indictment/Information

2: 20-CR-023

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 16 2020

By: JAMES N. HATTEN, Clerk

Deputy Clerk

## PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Gregory Radics
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94