# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CRIMINAL CASE NO.: |
| vs. | : | 2:20-CR-023 |
| JESSE JAMES SMALLWOOD | : | |
| Defendant. | : | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To:   Any U.S. Marshal, Warden, Hall County Jail, and/or any other authorized officer.

**YOU ARE HEREBY COMMANDED** to have the body of JESSE JAMES SMALLWOOD by you restrained of his liberty, as it is said, by whatsoever names detained before the **HONORABLE J. CLAY FULLER**, United States Magistrate Judge of the United States District Court for the Northern District of Georgia, at the Courtroom of said Court in the City of Gainesville via video-conference, at **1:00 PM**, on **Tuesday, June 23, 2020**, and from day to day thereafter until discharged by the Court, then and there to be arraigned/tried on the indictmen and receive and abide by the judgment of this Court in the above-entitled case, thence to be returned to the custody from which he came, and have you this writ.

**WITNESS** the Honorable Judges of the United States District Court for the Northern District of Georgia, this 12th day of June, 2020.

/s/ J. Clay Fuller
J. Clay Fuller
United States Magistrate Judge