AO 442 (12/85) Warrant for Arrest

FID: 11133667



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

RECEIVED
By CSpear at 1:28 pm, Jun 17, 2020

UNITED STATES OF AMERICA,

vs.

JESSE JAMES SMALLWOOD

WARRANT FOR ARREST

CASE NO. 2:20-CR-023-SCJ

To:   The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JESSE JAMES SMALLWOOD and bring him forthwith to the nearest magistrate to answer a(n)

X Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him with:  Conspiracy in violation of **Title 18, United States Code, Section(s) 371 and Arson in Violation of Title 18, United States Code, Section(s) 844(i).**

| J. CLAY FULLER | United States Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ C. Klimenko | June 16, 2020 at Gainesville, Georgia |
| Signature of Issuing Officer | Date and Location |

Bail Fixed at  $_____   By:_____

Name of Judicial Officer

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 24 2020

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at Gainesville, Ga.

Date Received:  6/17/2020

Date of Arrest:  6/18/2020

Israel Sparks DUSM
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

USMS: 73221-019

Warrant returned unexecuted due to being processed on a WRIT on 6/18/2020